IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY WILLIAMS,
    Petitioner,

vs.                                         Case No.: 4:16cv96/WS/EMT

STATE OF FLORIDA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (*see* ECF No. 1; *see also* ECF No. 3). On February 18, 2016, Petitioner was given thirty (30) days in which to file an amended § 2254 petition on the court-approved form (*see* ECF No. 3). That time elapsed, and Petitioner failed to file an amended petition; therefore, on March 28, 2016, the court issued an order directing Petitioner to show cause, within thirty days, why this case should not be dismissed for failure to comply with an order of the court (ECF No. 4). That deadline elapsed, still without the filing of an amended petition; therefore, on May 9, 2016, the court gave Petitioner an additional

thirty days in which to file an amended petition (*see* ECF No. 6).  Now that deadline has elapsed, and Petitioner still has not filed an amended petition.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 13th day of June 2016.

> */s/ Elizabeth M. Timothy*
> **ELIZABETH M. TIMOTHY**
> **CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.