IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY WILLIAMS,

    Petitioner,

v.                                      4:16cv96-WS/EMT

STATE OF FLORIDA,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed June 13, 2016. See Doc. 7. The magistrate judge recommends that the petitioner's case be dismissed for failure to comply with a court order. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7 ) is hereby ADOPTED and incorporated by reference into this order.

2. This case is hereby DISMISSED without prejudice for failure to prosecute and to comply with a court order.

3. The clerk shall enter judgment stating: "The petitioner's action is DISMISSED without prejudice."

DONE AND ORDERED this   12th   day of    July   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE